# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DALVIR SINGH and | § | |
| AMANDEEP KAUR | § | |
| | § | |
| V. | § | CASE NO. 4:11cv607 |
| | § | (Judge Schneider/Judge Mazzant) |
| JP MORGAN CHASE BANK, NA, ET AL. | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On January 31, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant JPMorgan Chase Bank, N.A.'s, individually and as successor by merger to Chase Home Finance LLC,  Motion to Dismiss (Dkt. #16) be granted in part and denied in part.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant JPMorgan Chase Bank, N.A.'s, individually and as successor by merger to Chase Home Finance LLC, Motion to Dismiss (Dkt. #16) is GRANTED in part and the claim for negligent misrepresentation is DISMISSED with prejudice.  All other claims

shall remain.

**It is SO ORDERED.**

**SIGNED this 29th day of February, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE