IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DALVIR SINGH and<br>AMANDEEP KAUR,<br><br>    *Plaintiffs*,<br><br>V.<br><br>JP MORGAN CHASE BANK, NA,<br>ET AL.,<br><br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 4:11-CV-607<br>Judge Clark/Judge Mazzant |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 5, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Seterus, Inc. f/k/a Lender Business Process Services, Inc. and Federal National Mortgage Association's Motion for Partial Dismissal Pursuant to Rule 12(b)(6) [Doc. #24] be granted in part.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants Seterus, Inc. f/k/a Lender Business Process Services, Inc. and Federal National Mortgage Association's Motion for Partial Dismissal Pursuant

to Rule 12(b)(6) [Doc. #24] is GRANTED in part and the claims for negligent misrepresentation and tortious interference with contract are DISMISSED with prejudice. All other claims shall remain at this time.

So **ORDERED** and **SIGNED** this **5** day of **June, 2012.**

_____
Ron Clark, United States District Judge